judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM AND BUFORD, J. J., concur

BROWN, J., dissents.

J. J. O'BERRY, ERIC CLAUSON AND LEWIS-CHITTY GROCERY COMPANY, a Corporation, *Plaintiffs in Error*, v. CHARLES C. WHITAKER, as Sole Surviving Executor Under the Last Will and Testament of Robert A. Jackson, Deceased, For the Use of Superior Laundry Company, a Corporation, *Defendant in Error*.

Division A.

Decision filed July 9, 1929.

*Herman Merrell*, for Plaintiffs in Error;

*Mabry, Reaves & Carlton*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen

and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the circuit court be, and the same is hereby affirmed.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.

GEORGE H. SLOAN, *Plaintiff in Error*, v. ORA McKAY, Trading as McKAY PAINTING COMPANY, *Defendant in Error*.

Division A.

Decision filed July 9, 1929.

*Jones & Dewey,* for Plaintiff in Error;

*Raney, Raney & Wannamaker,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

TERRELL, C. J., and ELLIS and BROWN, J. J., concur.